# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH HALL,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 2:12-cv-00235-RCJ-PAL

**ORDER**

Plaintiff Keith Hall is proceeding in this action pro se. He submitted a Complaint pursuant to 42 U.S.C. § 1983 on February 15, 2012. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff did not pay the required filing fee of $350.00 or file an Application to Proceed in Forma Pauperis in compliance with 28 U.S.C. § 1915(a)(1), (2) and Local Rules LSR 1-1 and 1-2. Based on the foregoing,

**IT IS ORDERED** that:

1. Plaintiff shall file an Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate, on or before **April 23, 2012**. Alternatively, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars, accompanied by a copy of this Order, on or before **April 23, 2012.**

2. The Clerk of the Court shall send Plaintiff a blank application form for pro se litigants who are not incarcerated.

3. Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated this 23rd day of March, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE