# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH HOFF,<br><br>                      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | Case No. 2:12-cv-00235-PMP-PAL<br><br>**ORDER**<br><br>(Mtn to Extend - Dkt. #9-1) |

This matter is before the court on Plaintiff Keith Hoff's Letter (Dkt. #9-1) which was received by the court on January 14, 2013. The court has considered the letter because it relates extenuating circumstances. However, Plaintiff is again advised that a letter request is not an appropriate means to seek relief from the court, and in the future he must file a motion supported by appropriate points and authorities supporting any request for relief. *See* Fed R. Civ. P. 7; LR 7-2.

Plaintiff is proceeding pro se and in forma pauperis. On December 18, 2012, the court entered an Order (Dkt. #6) screening Plaintiff's Complaint (Dkt. #7) pursuant to 28 U.S.C. § 1915. The court dismissed Plaintiff's Complaint because of noted deficiencies with leave to file an amended complaint no later than January 17, 2013. *See* Screening Order (Dkt. #6). Plaintiff's letter represents that he recently suffered a stroke caused by a cancerous tumor, and he is unable to meet the court's time line. He requests an additional thirty days to file an amended complaint. Normally, the court does not consider letter requests from parties. *See* Fed. R. Civ. P. 7 ("A request for a court order must be made by motion"); *see also* Minute Order (Dkt. #9) (advising Plaintiff that letter requests will be disregarded). In the future, Plaintiff must style any request for relief as a motion. However, Plaintiff has stated good cause for the requested extension of time.

Accordingly,

**IT IS ORDERED** that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall have until **February 15, 2013,** to file an amended complaint if he believes he can cure the deficiencies noted in the court's Screening Order (Dkt #6). Plaintiff should carefully review the Screening Order and comply with its requirements.

**IT IS FURTHER ORDERED** that any request for further extension shall be made by motion rather than letter and must be filed before February 15, 2013. Failure to comply with this Order may result in a recommendation to the district judge that this case be dismissed.

Dated this 16th day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE